Robert Michael Llewellyn, Stephen P. Acquisto, Esq., AGCA—Office of the California Attorney General, Sacramento, CA, for Respondents–Appellees.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

California state prisoner Kevin David Robinson appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Robinson contends that the California Department of Corrections and Rehabilitation ("CDCR") unlawfully converted his sentence of sixteen-years-to-life into life without possibility of parole, in violation of his constitutional rights. Assuming, without deciding, that Robinson has raised a cognizable due process claim, the state court's decision rejecting this claim was neither contrary to, nor involved an unreasonable application of, clearly established federal law, nor was based upon an unreasonable determination of the facts in light of the evidence presented in state court proceedings. *See* 28 U.S.C. § 2254(d); *see also Estelle v. McGuire,* 502 U.S. 62, 67–68, 112 S.Ct. 475, 116 L.Ed.2d 385 (1991). Robinson's contention that the CDCR failed to award applicable sentencing credits is belied by the record.

Robinson's request for appointment of counsel is denied.

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eldon Lewis HUFFINE, Defendant–
Appellant.**

No. 07–30396.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2009.*

Filed April 20, 2010.

Kurt G. Almer, Assistant U.S., United States Attorney's Office, Victoria L. Fran-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

cis, Esquire, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Eldon Lewis Huffine, Townsend, MT, pro se.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Eldon Lewis Huffine appeals from the five-month sentence imposed upon revocation of his supervised release. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Huffine's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.

By order filed February 4, 2010, counsel was advised that the court appeared to lack jurisdiction over the appeal because appellant has completed his federal sentence without an additional term of supervised release, and has paid his restitution, fine, and special assessment. Counsel was ordered to move for voluntary dismissal or show cause why the appeal should not be dismissed. To date, counsel has not responded.

Because Huffine has completed his federal sentence, we dismiss the appeal as moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir.1999).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.